IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:16-368 |
| ) | |
| vs.  ) | **WRIT OF HABEAS CORPUS** |
| ) | **ad PROSEQUENDUM** |
| XAVIER JAVARIS DAWKINS ) | |
| ) | |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, XAVIER JAVARIS DAWKINS, is presently incarcerated at the Greenville County Detention Center. It is therefore

ORDERED that the Warden of the Greenville County Detention Center, or his authorized representative, hold and deliver XAVIER JAVARIS DAWKINS to Special Agents and/or Federal Task Force Officers presenting this Order and proper identification for the defendant's initial appearance before this Court, and subsequently to the United States Marshals Service from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service shall produce the defendant before the Court at such time and place as may be designated by the Court for proceedings in this case, and upon conclusion of the case the said Marshal shall return the defendant to his present place of confinement.

IT IS SO ORDERED.

s/Jacquelyn D. Austin
UNITED STATES MAGISTRATE JUDGE

October 20, 2023

Greenville, South Carolina