AO 442 (Rev. 11/11) Arrest Warrant                                                                            10052722

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
2:33 pm, Sep 28 2023
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

United States of America
v.
Xavier Javaris Dawkins
*Defendant*

Case No. 6:16-368-1

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Xavier Javaris Dawkins,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

Date: 09/28/2023

s/ A. Ruttgers, Deputy Clerk
*Issuing officer's signature*

City and state:   Greenville, SC

Robin Blume, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* Sept. 28, 2023, and the person was arrested on *(date)* 10/24/2023
at *(city and state)* Greenville County, SC Det.Cntr.

Date: 10/24/2023

Writ Pickup by USMS Greenville
*Arresting officer's signature*

By: C. Wolf SDUSM
*Printed name and title*